```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ANGELA DENISE NAILS,           )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         2:12cv321-MHT
                               )
GEICO INSURANCE and            )
JENNIFER VENDARS,              )
                               )
     Defendants.               )
```

OPINION

Plaintiff filed this lawsuit seeking damages as a result of an automobile accident.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of May, 2012.

                     /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE